UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-06559-MWC-BFM Date: November 12, 2026

Title: Keren Tamali Sita v. Pepperdine University, *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: N/A | Attorneys Present for Defendants: N/A |

**Proceedings: (IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO ALL DEFENDANTS (DKT. [17]) AND NOTIFYING PLAINTIFF OF ELECTRONIC SERVICE PROCEDURE**

On October 8, 2026, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution as to All Defendants ("OSC"), ordering Plaintiff, who is proceeding *pro se*,[1] to show cause in writing by October 21, 2026, why this action should not be dismissed for lack of prosecution. Dkt. # 17. On November 4, 2026, Plaintiff responded to the OSC, and explained that she "does not have reliable and direct access to physical mail delivered to her mailing address," and had not received the OSC prior to its response deadline. Dkt. # 18 at 1–2. Plaintiff stated that the OSC was the "only substantive communication concerning the status of this case that Plaintiff has actually received by mail." *Id.* at 1. Finding good cause, the Court hereby **CONTINUES** the Order to Show Cause re Dismissal for Lack of Prosecution as to All Defendants, Dkt. # 17, to **Monday, December 28, 2026**. No oral argument will be heard unless otherwise ordered by the Court.

## I. Information Regarding Electronic Service of Court Documents

A *pro se* litigant with a PACER account can choose to look up information about a federal court case at any time. Parties to a case in the Central District of California who want to sign up to receive automatic email notification whenever a new document is filed

[1] Because Plaintiff is proceeding *pro se*, the Court is "obligated to liberally construe [her] documents," looking "to the contents of [her] filing[s] rather than [their] form." *Watanabe v. Derr*, 115 F.4th 1034, 1043 (9th Cir. 2024) (cleaned up), *cert. granted sub nom. Watanabe v. Derr*, 2026 WL 1780123 (June 22, 2026); *Ross v. Williams*, 950 F.3d 1160, 1173 n.19 (9th Cir. 2020) (same).

in their case can do so if the party: (1) has one or more cases pending in the Central District of California; (2) is not represented by a lawyer, and (3) is not currently incarcerated.

E-service registration is optional. If a party chooses not to register for e-service, paper copies will be sent to the party through the U.S. Mail, which will incur additional delay. A party who requests e-service will no longer receive paper copies of Court- or party-filed documents in their cases pending in the Central District of California, but will receive notice of filings by email and can access the documents themselves online.

To sign up for e-service in Central District cases, a party must first obtain a PACER account, and then must to link their PACER account to the Court's electronic filing system (the Case Management/Electronic Filing, or CM/ECF, System). Further information and instructions on e-service for *pro se* litigants is available at: https://www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers#E-Service.

II. Requirement Regarding Artificial Intelligence Disclosure

The Court's Civil Standing Order requires "[e]very motion, pleading, or other paper" to "attach to the filing a separate declaration, signed under penalty of perjury, disclosing the use or non-use of generative Artificial Intelligence ('AI')" which includes certification by the preparer that "either (a) no portion of the filing was drafted by AI, or that (b) AI was used in drafting a portion of the filing, and that the filer has reviewed the source material and verified that the artificially generated content is accurate and complies with the filer's Rule 11 obligation." *See* Civil Standing Order, Honorable Michelle Williams Court, Central District of California, *Orders and Additional Documents*, at https://apps.cacd.uscourts.gov/Jps/honorable-michelle-williams-court ¶ 1a. The Standing Order further provides that **"Failure to submit a declaration attesting to the use or non-use of AI may result in the Court striking the filing."** *Id.* (emphasis in original). Accordingly, the Court advises Plaintiff that the Court may strike any subsequent pleadings which fail to attach the required AI declaration.

IT IS SO ORDERED.

:

**Initials of Preparer** TJ